UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Sheng-Wen Cheng,

Defendant.

21-cr-261 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing scheduled for August 3, 2021, is adjourned to August 10, 2021, at 3:00 p.m. The Court will conduct the sentencing in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. The Defendant's sentencing submission is due seven days before the proceeding and the Government's sentencing submission is due three days before the proceeding.

SO ORDERED.

Dated: July 19, 2021
New York, New York

ALISON J. NATHAN
United States District Judge