UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Sheng-Wen Cheng,
    a/k/a "Justin Cheng,"
    a/k/a "Justin Jung,"

                    Defendant.

21-cr-261 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 2, 2021, the Government submitted a letter motion that references a victim impact statement submitted to the Court in writing. Dkt. No. 24. The Court is not yet in receipt of the statement. The Government shall submit the statement to the Court by 5:00 p.m. on August 4, 2021.

    SO ORDERED.

Dated: August 4, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge