UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/21
```

United States of America,

–v–

Sheng-Wen Cheng,
    a/k/a "Justin Cheng,"
    a/k/a "Justin Jung,"

                Defendant.

21-cr-261 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 2, 2021, the Government filed a motion to request that a victim of Mr. Cheng's crimes, Rishan Bhagowat, be permitted to speak at Mr. Cheng's sentencing by telephone. Dkt. No. 24. The Government represents that Mr. Bhagowat currently resides in Dubai in the United Arab Emirates. Dkt. No. 24. Mr. Cheng opposes the motion because "Mr. Bhagowat has submitted a victim impact statement to the Court in writing and cannot appear in person." Dkt. No. 24. Mr. Bhagowat, as a crime victim, has a "right not to be excluded" from Mr. Cheng's public sentencing proceeding and a further "right to be reasonably heard" at that sentencing. 18 U.S.C. §§ 3771(a)(3)–(4); *see also* Fed. R. Crim. P. 60(a)(3). The Court therefore GRANTS the Government's motion to permit Mr. Bhagowat to appear and be heard at Mr. Cheng's sentencing hearing via telephone.

    The Court will provide to the Government the proper dial-in information so that Mr. Bhagowat may attend the hearing on August 10, 2021, at 3:00 p.m.

    SO ORDERED.

Dated: August 5, 2021
       New York, New York

                                      ALISON J. NATHAN

United States District Judge