UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/21
```

United States of America,

–v–

Sheng-Wen Cheng,
    a/k/a "Justin Cheng,"
    a/k/a "Justin Jung,"

                Defendant.

21-cr-261 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing scheduled for August 10, 2021, at 3:00 p.m., is adjourned to August 11, 2021, at 10:30 a.m, in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The hearing may also be accessed at that time by dialing (888) 363-4749 and entering access code 9196964#.  All persons accessing the proceeding must mute their lines unless given permission to unmute.  Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited.  Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: August 10, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge