

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/21
```

August 11, 2021

**BY ECF**
Hon. Alison Nathan
United State District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

Re: <u>*United States v. Sheng-Wen Cheng*</u>, 21 CR 261 (AJN)

Dear Judge Nathan:

     As you know, I am counsel to Mr. Cheng in the above referenced case, which was just on for sentencing earlier today. I am writing because at the sentencing, I inadvertently neglected to ask Your Honor if you would recommend in the Judgment of Conviction that Mr. Cheng serve his sentence either at Fort Dix or Devens because those are two facilities that are close to friends and family who could visit Mr. Cheng during his term of incarceration. Therefore, please accept this letter as such a request.

> The Court will recommend Mr. Cheng's placement to the BOP so as to facilitate maintenance of ties with family.
>
> SO ORDERED.

Sincerely,

*[signature]*

Peter Katz, Esq.
*Counsel to Sheng-Wen Cheng*

*[signature]* 8/12/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

1