UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/21
```

United States of America,

–v–

Sheng-Wen Cheng,
    a/k/a "Justin Cheng,"
    a/k/a "Justin Jung,"

                Defendant.

21-cr-261 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 25, 2021, the Government filed a proposed amended restitution order, which it also mailed to Mr. Cheng. Dkt. No. 37. The Court on October 27, 2021, ordered Mr. Cheng to submit any objections to the order by November 5, 2021. Dkt. No. 38. Having received no objections from Mr. Cheng, the Court entered the Government's proposed restitution order on November 8, 2021. Dkt. No. 39.

After the restitution order was entered, the Court received the attached letter from Mr. Cheng, dated October 31, 2021, which states that he had received the restitution order but had not yet been afforded the opportunity to consult with counsel.

The Court therefore ORDERS that enforcement of the restitution order dated November 8, 2021, be stayed pending Mr. Cheng having the opportunity to confer with counsel and submit any objections to the order that he may have.

Mr. Cheng, through counsel, shall file a status update by November 23, 2021.

The Clerk's office is respectfully asked to mail a copy of this Order to Mr. Cheng at FCI Fort Dix and note the mailing on the public docket.

SO ORDERED.

Dated: November 9, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

To Honorable Judge Nathan, 10.31.21

    I, defendant, Sheng-Wen Cheng in the case of United States v. Sheng-Wen Cheng, 21 Cr-261 (AJN) on the date of October 29, 2021 at FCI Fort Dix, received a legal mail from the Prosecutor Office (the Government) regarding a Proposed restitution order that was submitted to your Honor on the date of October 25, 2021.

    I, defendant, Sheng-Wen Cheng, would like to inform Your Honor that I am currently residing at the Special Housing Unit (SHU) at FCI Fort Dix because of an unverifiable minor incident. And the Special Housing Unit (SHU) limits my ability of reaching out to my legal counsel Peter Katz to discuss the restitution order, as I am locked in a cell twenty-four hours everyday from Monday to Sunday. Besides that, since my transfer to FCI Fort Dix from MDC Brooklyn on the date of September 15, 2021. I have never heard from my legal counsel regarding the updated amount of restitution. In additions, my legal counsel did inform me before I got transferred to FCI Fort Dix that it will be extremely hard for him to get in touch with me either through legal call or legal visit at FCI Fort Dix because of the ongoing short off staff and Coronavirus lock down at FCI Fort Dix.

RECEIVED NOV -8 2021 ALISON NATHAN U.S. DISTRICT JUDGE S.D.N.Y.

As a result, since currently I have no capability of reaching out to my legal counsel in a timely matter as I am currently being housed at the Special Housing Unit (SHU), nor have I ever heard from my legal counsel regarding the updated amount of the proposed restitution order. I would hereby respectfully request Your Honor to object the proposed restitution order that has submitted on the date of October 27, 2021 from going into effect on the date of November 9, 2021. Until I have enough time or opportunity for me to go over the newly proposed restitution order by the government with my legal counsel with complete understandings.

Lastly, I am sincerely sorry for writing this letter in pencil, as this is the only tool available for me at this point at the Special Housing Unit (SHU). Thank you Your Honor for understanding.

Respectfully Yours,

Sheng-Wen Cheng



TRENTON NJ 085
1 NOV 2021 PM 3 L

U.S. MAIL
SENT

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Sherry Nilsen Cheng #532XX-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640