UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SHENG-WEN CHENG,

Defendant.

No. 21-CR-0261 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The C.J.A. attorney assigned to receive cases on this day is hereby directed to assume representation of the defendant in the above-captioned matter and to assist him in filling out a financial affidavit in support of his motion for appointment of counsel.

SO ORDERED.

Dated:   May 20, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge