UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

           -v.-

SHENG-WEN CHENG,
       a/k/a "Justin Cheng,"
       a/k/a "Justin Jung,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SECOND FINAL ORDER OF FORFEITURE**

21 Cr. 261 (RA)

WHEREAS, on or about April 20, 2021, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 19) with respect to SHENG-WEN CHENG, a/k/a "Justin Cheng," a/k/a "Justin Jung, (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in, *inter alia*, the specific property annexed hereto as Exhibit A (the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 26, 2022, for thirty (30) consecutive days, through April 24, 2022, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 29, 2022 (D.E.57);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.     The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
           July 5            , 2022

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

4 60" Marbella Teak classic sofa cushions;

2 60" Marbella Teak classic sofas;

1 Treviso Teak Lantern (Medium);

1 Treviso Teak Lantern (Large);

2 1930 Martini round side table;

1 Adler Shelter Diamond tufted fabric bed;

2 Graydon shagreen closed night stand;

2 French rococo gate artifact table lamps;

1 5-sided Frio w/firm care king mattress protector;

1 Purple pillow;

2 Purecare softcell hybrid pillow standard;

1 Iman Moroccan diamond hand knotted wool rug;

1 Cela shagreen console table;

1 Buddha sculpture;

1 pair of bookends with (3) books;

1 Four season Duvet cover seasons sheet set;

2 Four seasons robes;

2 1950 Italian shelter arm swivel chair oak base;

1 Suar wood cylinder stool;

5 marble hurricane candlelight collection (small);

5 marble hurricane candlelight collection (large);

1 Newbury towel stand;

1 Reversible Bath rug;

1 five-piece bathroom set;

1 Calvin Klein bath mat;

1 Wicker hamper;

1 Black leather accessory box;

1 Fuzzy silver and tan throw pillow;

2 grey throw blankets;

2 ivory stool chairs;

1 Softcell chill pillow;

1 two-piece bathroom set;

1 Grand framed glass double- door cabinet;

1 Fifteen (15) books;

1 Rossi leather desk chair;

1 Raynor 68" desk;

1 wood table;

1 rug runner;

2 copper lamps;

2 grey lamps;

1 floor lamp;

2 black nightstands;

1 black dresser;

1 gold circular mirror;

1 Mattress's with base set;

1 grey sheet set with pillow;

1 Plush comforter;

1 three-piece bathroom set;

2 tiffany flute glass;

2 tiffany wine glasses;

1 Hoomeet dishes set (16 pieces);

1 Kitchen Utensils (63 pieces);

1 J.A. Henckels knife set (14 pieces) and block;

1 Tea set (3 pieces);

1 Espresso coffee set (6 cups, 5 plates);

1 coffee maker;

1 Nespresso machine;

1 Hermes coffee plate set (4 pieces);

2 William-Sonoma dragon glasses;

9 Saki cups (4 large cups, 5 small cups);

1 Cardiff Lantern-polished nickel (medium);

1 Cardiff Lantern-polished nickel (large);

1 Towel rack;

1 Wicker basket chair;

1 bronze floor length mirror;

2 Fontanelle Floor lamps;

1 Maslow spider rectangular dining table;

6 Leigh Fabric arm chairs;

1 Thaddeus glass rectangular console table;

1 etched hand knotted wool rug;

1 martens round coffee table;

1 Ten stacks of books;

4 Cardiff lantern- polished nickel;

2 Cloud modular armless chairs;

3 cloud modular corner chairs;

1 Flameless candle remote control;

1 Bar table;

1 tiffany decanter;

2 glasses;

8 Eight sake cups (6 large sake cups, 2 small sake cups);

1 cloud modular wide console;

1 rectangle decorative center piece;

2 perennials performance palm beach banded stripe lumber pillow covers;

2 Perennials performance palm beach banded stripe square pillow covers;

2 Perennials performance palm beach cabana stripe square pillow covers;

2 Perennials performance palm beach cabana stripe lumbar pillow covers;

2 William-Sonoma rice bowls (dragon design);

2 William-Sonoma lunar salad plates (phoenix design);

2 William-Sonoma lunar dinner plates (phoenix design);

1 shelter arm ottoman oak base; and

1 blue umbrella holder

1 pair of Gucci slides white (size 9);

2 white Ermenegildo Zegna shirts;

3 white Brooks Brothers shirts;

1 white Bergdorf Goodman shirt;

2 blue Canali shirts;

1 blue Brooks Brother shirt;

1 blue Bergdorf Goodman shirt;

15 Seventeen Designer brand neckties;

2 Handkerchiefs;

4 Burberry Sweaters (2 Blue, 1 Black, 1 Red);

4 wool designer scarves;

1 pair of Gucci loafers (Betis Loess) size 8;

1 pair white Gucci sneakers with grey trim size 8 ;

1 pair of black Gucci sneakers;

1 pair of black Burberry gloves;

2 black leather Ferragamo belts;

1 black Gieves Hawkes belt;

1 dark blue Brooks Brother cufflink;

1 black Burberry wallet;

1 dark blue Burberry raincoat;

1 beige Burberry raincoat;

4 Burberry trench coats (2 blue, 2 beige);

1 black patterned trench coat;

1 black Zara sweater;

4 black V-neck Calvin Klein shirts;

2 white V-neck Calvin Klein shirts;

2 H&M shirts (1 white, 1 charcoal);

4 Burberry shirts (2 blue, 2 black);

1 pair of black Burberry shorts;

2 pair of swim shorts (1 adidas, 1 lost brand);

3 Canali suits;

3 Brooks Brothers suits (1 suit has a vest);

2 Gieves Hawke suits;

2 bookbags (1 camel color, 1 grey);

3 suitcases;

1 Versace bathrobe;

1 pair of charcoal Burberry pants;

1 black Burberry laptop bag;

1 pair of Gucci glasses (clear frame);

1 black Gucci pouch;

1 black Louis Vuitton belt;

1 black plated Louis Vuitton belt;

1 silver buckled Louis Vuitton belt;

3 Louis Vuitton scarves;

1 Burberry scarf;

1 Ink and Ivy throw;

1 black Canada Goose jacket;

4 pairs of socks (brand new);

1 pair of Burberry slides;

1 pair of black Louis Vuitton loafers;

1 pair of black leather shoes;

1 pair of patent leather;

1 pair brown leather shoes;

1 pair of blue Gucci leather; and

1 pair of brown Salvatore Ferragamo boots

1 65" Samsung TV curved;

1 Bose Speaker and Charging Card;

1 Apple CD rom; 1 85" Samsung TV, Ser No: 0A3L3CAN5607125T;

1 Microsoft XBOX; and

1 Samsung Sound Bar

1 Black, White and Gold abstract art painting;

1 Picture of Fishes Art piece; and

1 Abstract Gold and Blue art picture

1 One Cohiba Cigar Box; and

1 One bottle of Johnnie Walker, Blue label 1 liter;

1 One bottle Silver Oak Cabernet 2015;

1 One bottle of Bogle Vineyards Cabernet 2016; and

1 One Bottle of "the Prisoner" Napa Valley 2018

1 Cartier Ring, Ser No: 56ILH302;

1 Diamond engagement ring in white gold engraved "Elizabeth";

1 Rolex Oyster Perpetual 18K Yellow Gold watch, Ser No: JT752171;

1 Frederique Constant Watch, Ser No: 3043432;

1 Green Presidential Rolex box (box only) Large; and

1 Cellini Rolex box (box only) with spare leather watch straps.