PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

WRITER'S DIRECT DIAL NUMBER

(212) 373-3311

WRITER'S DIRECT FACSIMILE

(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS

rfinzi@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

August 11, 2023

**Via ECF**

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *United States v. Cheng*, No. 21-CR-00261 (RA)

Dear Judge Abrams:

As Your Honor may recall, we were appointed CJA counsel for defendant Sheng-Wen Cheng for purposes of assisting him in connection with a possible motion for compassionate release pursuant to 18 U.S.C. § 3582. We are now prepared to file that motion on his behalf, and—because the motion refers to both private medical information and certain recent interactions he has had with the government—we write to respectfully request permission to file it under seal.

The government does not object to this request.

Respectfully submitted,

/s/ Roberto Finzi
Roberto Finzi

cc: Sagar Ravi

Application granted. Counsel may file an unredacted version of the motion under seal. Counsel shall also, however, file a redacted version of the motion on the public docket, consistent with Rule 10.E of this Court's Individual Rules and Practices in Criminal Cases and the standards for sealing set forth in *Lugosch v. Pyramid*, 435 F.3d 110 (2d Cir. 2006).

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
08/14/2023