UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 21-CR-261 (RA) |
| SHENG-WEN "JUSTIN" CHENG, | <u>ORDER</u> |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On August 29, 2023, Defendant Sheng-Wen Cheng filed a petition for habeas relief pursuant to 28 U.S.C. § 2255.  *See* Dkt. 69.  No later than September 14, 2023, the Government shall file a response to the petition.

SO ORDERED.

Dated:   August 30, 2023
         New York, New York

Hon. Ronnie Abrams
United States District Judge