**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064  TELEPHONE (212) 373-3000 | UNIT 5201, FORTUNE FINANCIAL CENTER  5 DONGSANHUAN ZHONGLU  CHAOYANG DISTRICT, BEIJING 100020, CHINA  TELEPHONE (86-10) 5828-6300 |

WRITER'S DIRECT DIAL NUMBER

(212) 373-3386

WRITER'S DIRECT FACSIMILE

(212) 492-0386

WRITER'S DIRECT E-MAIL ADDRESS

mtriana@paulweiss.com

September 25, 2023

<u>Via ECF</u>

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: <i>United States v. Cheng</i>, No. 21-CR-00261 (RA)

Dear Judge Abrams:

We write on behalf of our client, Sheng-Wen Cheng, to respectfully request leave to file a short letter in further support of Mr. Cheng's motion for compassionate release. Mr. Cheng's opening motion was filed on August 29, 2023. The Government filed its letter in opposition on September 14, 2023, consistent with the briefing schedule set by the Court. We believe that a reply is necessary to respond to certain discrete issues raised by the Government in its opposition.

If the Court grants our request, we would file the reply no later than October 6, 2023, and it would not exceed three single-spaced pages.

We appreciate the Court's consideration.

Respectfully submitted,

<i>/s/ Marcelo Triana</i>
Marcelo Triana

cc: Sagar Ravi, Assistant United States Attorney

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 26, 2023