PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

TO DIRECT DIAL: (212) 373-3311
EMAIL: RFINZI@PAULWEISS.COM

October 24, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

/s/ Ronnie Abrams

Ronnie Abrams, U.S.D.J.
October 24, 2024

Re: *United States v. Cheng*,
No. 21-CR-00261 (RA)

Dear Judge Abrams:

    We are CJA counsel to Sheng-Wen Cheng with respect to his pending motion for compassionate release. We have received Your Honor's Order dated October 21, 2024 (Dkt. No. 83) and, now, Probation's Supplemental Presentence Report (Dkt. No. 80, filed under seal). We believe that the Supplemental Presentence Report may have only been served on Mr. Cheng's prior counsel, and are taking steps to request that the docket be amended to reflect that me and my firm (and not prior counsel) be listed as counsel of record and receive notifications accordingly. Specifically, we have confirmed that prior counsel will be formally moving to withdraw.

    In the meantime, we understand that the AUSA previously assigned to this case has left the Office, and that the Office is in the process of re-assigning the case. We accordingly request a short (five-day) extension of the October 25, 2024 deadline set forth in the Order so we can consult with the newly-assigned AUSA and proceed accordingly. The Government, through AUSA Dina McLeod, consents to this request.

Respectfully submitted,

/s/ Roberto Finzi
Roberto Finzi

cc: AUSA Dina McLeod
     U.S.P.O. Johnny Y. Kim
     Peter Neil Katz