

October 24, 2024

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 25, 2024

Re: *United States v. Sheng-Wen "Justin" Cheng 21-CR-00261 (RA)*

To the Honorable Judge Abrams:

    As you may be aware, I am currently listed as counsel of record for the defendant regarding the above referenced case. A judgment was reached in this case on August 19, 2021, and as such, my representation of defendant pursuant to this matter has concluded. I hereby formally submit to withdraw as counsel for defendant Sheng-Wen "Justin" Cheng regarding the matter referenced above. I humbly request that the docket be amended to reflect the CJA appointed attorneys, Christine Mullen Ray and Roberto Finzi, be listed as counsel of record and receive notifications for any subsequent remedial measures or purposes.

    Thank you for your anticipated consideration.

Very Truly Yours,

Peter Katz, Esq.
Law Offices of Peter Katz
Peter@pkatzlegal.com
(609) 734-4380