

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 29, 2024

**By ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Sheng-Wen Cheng*, 21 Cr. 261 (RA)

Dear Judge Abrams:

The Government, with the consent of defense counsel, respectfully requests an extension of time until November 1, 2024 for the parties to respond to the Court's October 21, 2024 order. (ECF 83.)

On October 21, 2024, the Court set a deadline of October 25, 2024 for the parties to advise the Court of their positions on whether the defendant, Sheng-Wen Cheng, is eligible for a reduced sentence under Amendment 821 of the United States Sentencing Guidelines. On October 24, 2024, defense counsel submitted a letter requesting a five-day extension, until October 30, 2024, to respond. (ECF 84.) That letter noted that defense counsel had not previously received Probation's Supplemental Presentence Report (ECF 80), and that the Assistant United States Attorney who had previously worked on this case had left the United States Attorney's Office, meaning a new Assistant United States Attorney was being assigned.

The undersigned was recently assigned to this case. Accordingly, the Government requests additional time to consider the Government's position on the matter and to confer with defense counsel.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 30, 2024

cc:   All counsel of record (via ECF)