UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-cr-261 (RA) |
| v. | ORDER |
| SHENG-WEN CHENG, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

      Pending before the Court is Defendant Sheng-Wen Cheng's motion for a reduced sentence under 18 U.S.C. § 3582(c)(1)(A) and Amendment 821. *See* Dkt. 69. No later than January 24, 2025, the parties shall file letters stating their positions as to whether Mr. Cheng meets the criteria of U.S.S.G. § 4C1.1(a)(6), which is one of the prerequisites to a sentence reduction under Amendment 821. *See* § 4C1.1(a)(6) (requiring that "the defendant did not personally cause substantial financial hardship"). The Probation Office shall likewise advise the Court of its position as to Mr. Cheng's eligibility.

SO ORDERED.

Dated:    January 10, 2025
             New York, New York

                                                                                 Ronnie Abrams
                                                                                United States District Judge